Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

Eastern District of Texas

Suite 300B
660 North Central Expressway
Plano, TX 75074

Bankruptcy Proceeding No.: 20–40192
Chapter: 11
Judge: Brenda T. Rhoades

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jason Klima | Andrea Klima |
| 5413 Gates Drive | 5413 Gates Drive |
| The Colony, TX 75056 | The Colony, TX 75056 |

Social Security / Individual Taxpayer ID No.:
xxx–xx–8776                              xxx–xx–6210

Employer Tax ID / Other nos.:

PLEASE TAKE NOTICE that a hearing will be held at

Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074

on 2/4/20 at 09:29 AM

to consider and act upon the following:

Status Hearing Set (RE: related document(s)1 Chapter 11 Voluntary Petition. Hearing scheduled for 2/4/2020 at 09:29 AM at Plano Bankruptcy Courtroom. (sr)

Dated: 1/22/20

Jason K. McDonald
Clerk, U.S. Bankruptcy Court